IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREE McGAUGH**                                                                                       **PLAINTIFF**

v.                                     No: 4:20-cv-01050-LPR-PSH

**BILL GILKY**                                                                                         **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Coree McGaugh's Complaint is DISMISSED without prejudice. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 16th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE